No. 919, Misc. DAVIS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 937, Misc. LACEY v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *Wallace E. Allbritton,* Assistant Attorney General, for respondent.

No. 994, Misc. MURPHY v. NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Raymond R. Trombadore,* Deputy Attorney General of New Jersey, for respondents.

No. 1065, Misc. BROWN v. UNITED STATES. Ct. Cl. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1164, Misc. THOMAS v. HOLMAN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 1165, Misc. AMES v. MYERS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1169, Misc. SCHMIDT v. IOWA. Sup. Ct. Iowa. Certiorari denied. *Paul D. Lunde* for petitioner.

No. 1171, Misc. SIMPSON v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 1172, Misc. ISAACS v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied.